**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GENERAL MOTORS LLC, | Case No. 22-cv-04960 |
| Plaintiff, | |
| v. | **Judge John F. Kness** |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | **Magistrate Judge Sunil R. Harjani** |
| Defendants. | |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff General Motor LLC's ("Plaintiff" or "GM") Motion for Entry of a Preliminary Injunction, and this Court having heard the evidence before it hereby GRANTS GM's Motion for Entry of a Preliminary Injunction in its entirety against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (the "Seller Aliases").

This Court further finds that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products using counterfeit and infringing versions of GM's federally registered

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

trademarks ("Cadillac Trademarks") to residents of Illinois. A list of the GM Trademarks is included in the below chart.

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| 1,900,372 | CADILLAC | 009 | Eyeglasses |
| 1,665,834 | CADILLAC | 016 | Pens |
| 1,711,662 | CADILLAC | 016 | Printed materials; namely, manuals, brochures, and catalogs pertaining to the features and controls, operation, maintenance, service and repair, and technical facts and specifications of motor vehicles |
| 1,663,465 | CADILLAC | 021 | Ceramic mugs |
| 1,682,999 | CADILLAC | 024 | Flags and towels |
| 1,782,739 | CADILLAC | 025 | Clothing; namely, hats, shirts, T-shirts, and sweatshirts |
| 1,681,292 | CADILLAC | 027 | Carpeting and carpeting for automobiles |
| 1,700,662 | CADILLAC | 028 | Scale models of automobiles |
| 1,660,237 | CADILLAC | 042 | Automobile and truck dealership services |
| 2,931,761 | CADILLAC | 009 | Optical frames, eyewear lenses, eyewear cases |
| 2,654,530 | CADILLAC | 020 | Clear plastic badge holders, |

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| | | | chairs, desk ornaments made of bone, ivory, plaster, plastic, wax, wood, china, crystal, glass and porcelain, jewelry boxes, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, non-metal money clips, plastic name badges, picture frames, plaques, plastic flags, plastic seat cushions and stools |
| 3,609,853 | CADILLAC | 034 | Cigar and cigarette lighters not for land vehicles |
| 647,241 | CADILLAC | 037 | Maintenance and repair service for automotive vehicles, parts, and accessories |
| 4,309,670 | CADILLAC CUE | 009 | User interfaces for electronic devices sold as an integral part of automobiles |

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| 2,568,017 | CADILLAC PALACE | 041 | Entertainment services; namely, rehearsing, producing and presenting live theatrical productions, ballet, dance and music recitals, live music concerts, motion pictures charitable and entertainment productions, vaudeville and variety shows, fashion and style shows, meetings and other public presentations |
| 6,131,047 | CT4 | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof |
| 6,119,389 | CT5 | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof |
| 5,013,439 | CT6 | 012 | Motor land vehicles, namely, |

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| | | | automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof |
| 2,605,909 | CTS | 012 | Motor land vehicles, namely, automobiles, engines therefor and structural parts thereof |
| 3,261,764 | CTS | 009 | Optical frames, eyewear lenses, eyewear cases |
| 2,931,762 | DEVILLE | 009 | Optical frames, eyewear lenses, eyewear cases |
| 2,931,763 | ESCALADE | 009 | Optical frames, eyewear lenses, eyewear cases |
| 2,269,827 | ESCALADE | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, engines therefor and structural parts thereof |
| 3,520,169 | ESCALADE | 025 | Clothing, namely t-shirts |
| 3,520,185 | ESCALADE | 025 | Clothing, namely, jackets |
| 2,792,883 | ESV | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, |

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| | | | trucks, vans, engines therefor and structural parts thereof |
| 2,574,563 | EXT | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof |
| 2,830,721 | SRX | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural part thereof |
| 2,631,773 | STS | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, structural parts thereof, and engines therefor |
| 5,018,505 | XT5 | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof |

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| 5,864,138 | XT4 | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, and engines therefor; motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans and structural parts thereof |
| 6,097,037 | XT6 | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, and engines therefor; motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans and structural parts thereof |
| 1,570,808 | *Cadillac* | 012 | Motor vehicles; namely, automobiles, engines therefor, and structural parts thereof |
| 201,694 | *Cadillac* | 012 | Automobiles |

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| 1,736,492 |  | 016 | Printed materials; namely, manuals, brochures, and catalogs pertaining to the features and controls, operation, maintenance, service and repair, and technical facts and specifications of motor vehicles |
| 1,768,653 |  | 018 | Key fobs, key cases |
| 1,723,245 |  | 006 | Keys made of metal for locks |
| 1,686,536 |  | 026 | Belt buckles not of precious metal for clothing |
| 1,871,376 |  | 025 | Clothing; namely, sweatshirts, knit shirts, sweaters hats T-shirts |
| 1,872,415 |  | 014 | Key fobs made of silver; watches, clocks, watchbands, cuff links, tie tack pins, stick pins, and |

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| | | | money clips made of brushed gold |
| 2,659,597 |  | 020 | Chairs, desk ornaments made of bone, ivory, plaster, plastic, wax, wood, china, cyrstal, glass and porcelain, jewelry boxes, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, non-metal money clips, plastic name badges, pillows, plastic flags and stools |
| 2,547,867 |  | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof |
| 2,609,932 |  | 025 | Clothing, namely, aprons, caps, coat, dress shirts, gloves, golf shirts, hats, jackets, neckties, polo shirts, rainwear, |

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| | | | robes, scarves, shoes, sleep wear, slippers, sunvisors, sweat pants, sweat shirts, sweaters, t-shirts |
| 2,654,531 |  | 020 | Desk ornaments made of bone, ivory, plaster, plastic, wax, wood, china, crystal, glass and porcelain, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, non-metal money clips, plastic name badges, picture frames, plastic flags, seat cushions and stools |
| 2,750,240 |  | 018 | Back packs, billfolds, briefcases, business card cases, carry-on bags, duffel bags, garment bags, luggage, overnight bags, tote bags, umbrellas, wallets |

10

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| 2,779,457 |  | 006 | Metal key chains, metal key fobs, metal key rings, metal keys, license plates made of metal, non-luminous and non-mechanical metal signs, ornamental replicas of vehicles made of metal, non-luminous and non-mechanical parking signs made of metal, non-luminous and non-mechanical street signs made of metal |
| 3,159,729 |  | 009 | Optical frames, eyewear lenses |
| 3,900,704 |  | 037 | Automotive maintenance and repair |
| 3,900,705 |  | 035 | Automobile dealerships |

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| 4,622,276 |  | 035 | Automobile dealerships |
| 4,622,277 |  | 037 | Maintenance and repair services for motor vehicles |
| 4,642,212 |  | 012 | Motor land vehicles and structural parts therefor, namely, automobiles, sport utility vehicles, trucks, vans, and engines therefor |
| 4,728,403 |  | 024 | Golf towels, blanket throws, cloth flags |
| 4,827,580 |  | 016 | Pens, pencils, notepads, notebooks, books in the field of automobiles, posters, calendars, decals; Printed materials, namely, manuals, brochures, and catalogs pertaining to the features and controls, |

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| | | | operation, maintenance, service and repair, and technical facts and specifications of motor vehicles; Money clips made of metal, non-metal money clips |
| 4,827,581 |  | 018 | Backpacks, billfolds, briefcases, business card cases, carry-on bags, messenger bags, duffel bags, garment bags for travel, luggage, overnight bags, tote bags, umbrellas, wallets |
| 4,827,582 |  | 025 | Clothing, namely, caps, coats, dress shirts, golf shirts, hats, jackets, polo shirts, sweat shirts, sweaters, t-shirts |
| 4,837,265 |  | 021 | Drinking glasses, mugs, travel insulated beverage containers, flasks, portable coolers |
| 2,875,574 |  | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, |

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| | | | trucks, vans, engines therefor and structural parts thereof |

This Court also finds that the injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Rule 65 of the Federal Rules of Civil Procedure. Evidence submitted in support of this Motion and in support of GM's previously granted Motion for Entry of a Temporary Restraining Order establishes that GM has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that GM will suffer irreparable harm if the injunction is not granted. Specifically, GM has demonstrated a *prima facie* case of trademark infringement because (1) the Cadillac Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the Cadillac Trademarks, and (3) Defendants' use of the Cadillac Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with GM. Furthermore, Defendants' continued and unauthorized use of the Cadillac Trademarks irreparably harms GM through diminished goodwill and brand confidence, damage to GM's reputation, and loss of exclusivity. Monetary damages fail to address such damage and, therefore, GM has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. As such, this Court orders that:

1.      Defendants, their officers, agents, servants, employees, attorneys, and other persons acting in active concert or participation with them be preliminarily enjoined and restrained from:

a.  using the Cadillac Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Cadillac product or not authorized by GM to be sold in connection with the Cadillac Trademarks;

b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine Cadillac product or any other product produced by GM, that is not GM's or not produced under the authorization, control or supervision of GM and approved by GM for sale under the Cadillac Trademarks;

c.  committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of GM, or are sponsored by, approved by, or otherwise connected with GM;

d.  further infringing the Cadillac Trademarks and damaging GM's goodwill; and

e.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for GM, nor authorized by GM to be sold or offered for sale, and which bear any of GM's trademarks, including the Cadillac Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2.  Upon GM's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart Inc.

("Walmart"), Etsy, Inc. ("Etsy"), and DHgate (collectively, the "Third Party Providers") shall, within ten (10) business days after receipt of such notice, provide to GM expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a.  the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

b.  the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces; and

c.  any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Wish.com, Walmart, Etsy, and DHgate, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3.  Upon GM's request, those with notice of the injunction, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice,

disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Cadillac Trademarks.

4.     Defendants shall not transfer or dispose of any money or other Defendants' assets in any of Defendants' financial accounts.

5.     Any Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6.     GM is authorized to issue expedited written discovery to Defendants, under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure, related to:

    a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

    b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces.

17

GM is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within ten (10) business days of being served via e-mail.

7.      GM may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order and other relevant documents on a website and by sending an e-mail to Defendants that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.      Schedule A to the Complaint (Dkt. 2), Exhibit 2 to the Declaration of Andrea Ankawi (Dkt. 17), and the TRO (Dkt. 22) are unsealed.

9.      Any Defendant or other persons that is subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

10.     The $10,000 bond posted by GM shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED in No. 22-cv-04960.

Dated: February 9, 2023

_____

JOHN F. KNESS
United States District Judge

**General Motors LLC v. The Partnerships and Unincorporated Associations Identified on
Schedule "A" - Case No. 22-cv-4960**

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| **No** | **URL** | **Name / Seller Alias** |
| 1 | aliexpress.com/store/1101780513 | 14H-Toys Store |
| 2 | aliexpress.com/store/1101514463 | ALKsticker Store |
| 3 | aliexpress.com/store/1102179394 | Auto Accessories VIP Shop Store |
| 4 | aliexpress.com/store/1101334741 | Car Car Car!!! Store |
| 5 | aliexpress.com/store/1101935814 | C-logo Store |
| 6 | aliexpress.com/store/1100934816 | gaowu car products Store |
| 7 | aliexpress.com/store/1102017119 | HuaHai Car Parts Store Store |
| 8 | aliexpress.com/store/1101954539 | International Auto Parts Factory Store |
| 9 | aliexpress.com/store/1101873878 | oushang Car Accessories Store |
| 10 | aliexpress.com/store/1102044526 | Shop1100344889 Store |
| 11 | aliexpress.com/store/1102056350 | Shop1102059283 Store |
| 12 | aliexpress.com/store/1102078065 | Shop1102080063 Store |
| 13 | aliexpress.com/store/1101280259 | Shop3652069 Store |
| 14 | aliexpress.com/store/1101561033 | Shop911029042 Store |
| 15 | aliexpress.com/store/1101566450 | Shop911052137 Store |
| 16 | aliexpress.com/store/1101571525 | Shop911121003 Store |
| 17 | aliexpress.com/store/1101794172 | Tymondi car decoration Store |
| 18 | aliexpress.com/store/1101969702 | XiangFei Store |
| 19 | amazon.com/sp?seller=A2VKHWF6FM7GEA | 33 Corner |
| 20 | amazon.com/sp?seller=A2YOMPPQ73AKAP | A2YOMPPQ73AKAP |
| 21 | amazon.com/sp?seller=A2Z1NYCS2NBISV | better499- |
| 22 | amazon.com/sp?seller=AJPHJIVSG3ZHY | BossCar |
| 23 | amazon.com/sp?seller=AW3MXU9TCRZUU | chenmei6 |
| 24 | amazon.com/sp?seller=A29ZBFUFKRMDH3 | CQ INTERNATIONAL TRADE COLIMITED |
| 25 | amazon.com/sp?seller=A1F06RJQ454QP9 | dajiashanghang |
| 26 | amazon.com/sp?seller=A1QEM487XEOHSV | danabaihuodian |
| 27 | amazon.com/sp?seller=A1YE1RU50QW17H | DEFTEN |
| 28 | amazon.com/sp?seller=A2QZ9907OU81RY | DEXCVFDDS |
| 29 | amazon.com/sp?seller=A342ZVP3885JCL | dsavcxvfdwqruytnmh |
| 30 | amazon.com/sp?seller=AN2GEDK7I237U | dsbfdgtryuikilo |
| 31 | amazon.com/sp?seller=A1BY6371J5J2TH | erzhuoshangmao |
| 32 | amazon.com/sp?seller=A344FDZ1GO4AJ9 | etgbgffdsweqjumuy |
| 33 | amazon.com/sp?seller=AGOSSUILR70LA | FLFL |

| 34 | amazon.com/sp?seller=A1BZ2BYPDD6QZO | GBERNSLKDSIQUANJ |
| 35 | amazon.com/sp?seller=A22QY0CGI5L921 | GFBLCS |
| 36 | amazon.com/sp?seller=A2QZE0ZUCFH841 | Hefeishiqungongshangmaoyouxiangongsi |
| 37 | amazon.com/sp?seller=A3KAG6BTP8XAIF | HEY KAULOR Business Direct |
| 38 | amazon.com/sp?seller=ATHCMFEBZIR40 | Honhan Industry Ltd |
| 39 | amazon.com/sp?seller=A3PWSDZTN8M2R4 | Interesting car |
| 40 | amazon.com/sp?seller=A26W8G0AFDNB2X | iuhjnkjdsavcxgtbg |
| 41 | amazon.com/sp?seller=A12FWE1M0FHFTX | JAMASBANGLincoln |
| 42 | amazon.com/sp?seller=A2JE8KQH4A0DLO | Jazzshion |
| 43 | amazon.com/sp?seller=A2Q95Q4D3GYAMU | jingjingqipeiaipujia |
| 44 | amazon.com/sp?seller=AWYZ76K0NI0DS | kaichenwangluo |
| 45 | amazon.com/sp?seller=AM2GYYVJYKHG3 | KSOM-US |
| 46 | amazon.com/sp?seller=A2F9D1MPUAZXR8 | Lee da niu |
| 47 | amazon.com/sp?seller=AVZP49ZIAOWLU | leihonMA7K2gbo |
| 48 | amazon.com/sp?seller=A1QJ3OI3BY8YWN | LianTuo123 |
| 49 | amazon.com/sp?seller=AST2EQZCT94XG | lijunchong |
| 50 | amazon.com/sp?seller=A1DYSUVM0PYE9E | Linkso |
| 51 | amazon.com/sp?seller=AX2XKSTCYFLNR | LK EARRINGS |
| 52 | amazon.com/sp?seller=AXFOO3TRIEAP3 | longlongchepei |
| 53 | amazon.com/sp?seller=A2JOK08OEA6JY9 | LXDW |
| 54 | amazon.com/sp?seller=A16LQQ1UDU6GZI | LYD Car Store |
| 55 | amazon.com/sp?seller=AZ9TIYIRXNLFW | Magic Planet Company |
| 56 | amazon.com/sp?seller=A18S07E9WDMKZL | Mayash-US |
| 57 | amazon.com/sp?seller=A35CWJNABIXAME | MeiXiaShangDian |
| 58 | amazon.com/sp?seller=AYAXEHQMUK1AR | miaomiao520 |
| 59 | amazon.com/sp?seller=A3GWD7VFO9KHH | mo chun |
| 60 | amazon.com/sp?seller=AC9ES8NQLZUCN | MOVESHIHUA |
| 61 | amazon.com/sp?seller=A397V96BZXSOTZ | Moving up auto |
| 62 | amazon.com/sp?seller=AAD4CCWOXNTXF | Moxhui |
| 63 | amazon.com/sp?seller=A2I08R609IUQWI | OUYANGGEGE |
| 64 | amazon.com/sp?seller=A1B0VULLAE9OJM | Rosalien |
| 65 | amazon.com/sp?seller=A9N7R285X6CA9 | SADWJUYXCSDW |
| 66 | amazon.com/sp?seller=A1143KDPYG5S2W | Shudong |
| 67 | amazon.com/sp?seller=AGG0GXT0ZDL6Q | SILANKA |
| 68 | amazon.com/sp?seller=A1M4JQEZ0BVJU0 | sjzwsd |
| 69 | amazon.com/sp?seller=AS4GOSSTSNTZO | slipper Top |
| 70 | amazon.com/sp?seller=AS8WKHBIAG7L2 | Sunglasses Holder Retail Stores |
| 71 | amazon.com/sp?seller=A36HLBY6J5WWIF | TANGUST |
| 72 | amazon.com/sp?seller=A2LI8C2LK5BY4F | tianyund |
| 73 | amazon.com/sp?seller=A35U92TK7W61GB | TOOL-TS |

| 74 | amazon.com/sp?seller=A1N9LNSZHR80QX | US-Yu |
|---|---|---|
| 75 | amazon.com/sp?seller=A11XNDXJMPP4I5 | Uxcer |
| 76 | amazon.com/sp?seller=A3ABLSML5WHBXV | wanningchenhaidianzikejiyouxiangong si |
| 77 | amazon.com/sp?seller=A1WBPSA1NWJDP4 | wei luo xin xi |
| 78 | amazon.com/sp?seller=A3LK1YHSV4LKDE | wujiajuankjgkhh |
| 79 | amazon.com/sp?seller=A1CDBV7BJRE72S | XIAOLISTORE2021 |
| 80 | amazon.com/sp?seller=A3EDGUTBD63BV5 | XM Danlin |
| 81 | amazon.com/sp?seller=A1VIYCGSZ35Y7D | yangxi778 |
| 82 | amazon.com/sp?seller=A3MVYRG808H32O | YaoyinCanteen |
| 83 | amazon.com/sp?seller=A2E8QTJD63GVYA | YONGCHENG BAIHUO |
| 84 | amazon.com/sp?seller=ANMAAT4YBJ2XW | YRYC |
| 85 | amazon.com/sp?seller=AN383GJPL79W9 | yuejunyantaikejizixunyouxiangongsi |
| 86 | amazon.com/sp?seller=A1158S9V38FQCO | YWSMB |
| 87 | amazon.com/sp?seller=AJ4X5CZI7BFRJ | ZerHuy |
| 88 | amazon.com/sp?seller=A2TDZB71931ORJ | ZHAIZHIFU |
| 89 | amazon.com/sp?seller=A2BQGEA8QJBC1U | zhanglinadsa |
| 90 | amazon.com/sp?seller=A2F62SF9JBQR1I | zhaoyinstore |
| 91 | ebay.com/usr/aa-autolights | aa-autolights |
| 92 | ebay.com/usr/aqj-autolights | aqj-autolights |
| 93 | ebay.com/usr/autoparts-113 | autoparts-113 |
| 94 | ebay.com/usr/bozhoulaicong | bozhoulaicong |
| 95 | ebay.com/usr/btj-6580 | btj-6580 |
| 96 | ebay.com/usr/car-stuff-lights | car-stuff-lights |
| 97 | ebay.com/usr/cuo_77 | cuo_77 |
| 98 | ebay.com/usr/dengfe-41 | dengfe-41 |
| 99 | ebay.com/usr/destiny-lights | destiny-lights |
| 100 | ebay.com/usr/e-bay-autoparts | e-bay-autoparts |
| 101 | ebay.com/usr/e-bay-light | e-bay-light |
| 102 | ebay.com/usr/fku-gbc | fku-gbc |
| 103 | ebay.com/usr/hefeikd | hefeikd |
| 104 | ebay.com/usr/hefeininhuanhulianw_0 | hefeininhuanhulianw_0 |
| 105 | ebay.com/usr/hefeinuaohulianwan_0 | hefeinuaohulianwan_0 |
| 106 | ebay.com/usr/hui-258-6 | hui-258-6 |
| 107 | ebay.com/usr/jiao55-34 | jiao55-34 |
| 108 | ebay.com/usr/jj-autolights | jj-autolights |
| 109 | ebay.com/usr/kunmingpenglipingwan_0 | kunmingpenglipingwan_0 |
| 110 | ebay.com/usr/leiyaoxin | leiyaoxin |
| 111 | ebay.com/usr/lights-2022 | lights-2022 |
| 112 | ebay.com/usr/shunyou03 | shunyou03 |
| 113 | ebay.com/usr/sqautoparts | sqautoparts |

| 114 | ebay.com/usr/vomnsauk.ks | vomnsauk.ks |
|---|---|---|
| 115 | ebay.com/usr/vw-emblem | vw-emblem |
| 116 | ebay.com/usr/wuzongshangmao | wuzongshangmao |
| 117 | ebay.com/usr/xuxing | xuxing |
| 118 | wish.com/merchant/5e37a5ad0f13ee1000bdbfcb | Ah2478342 |
| 119 | wish.com/merchant/5e9aea137000cb8d32b5e395 | AJG Garcia |
| 120 | wish.com/merchant/5d4e6ded933fb16bb3b6a0e2 | Beautiful Beauty Beauty Style |
| 121 | wish.com/merchant/5f9b59a1c934d7112cf2766e | Brocylon |
| 122 | wish.com/merchant/5de36dd529e7864683ddb444 | btybrdt |
| 123 | wish.com/merchant/603a05de458e6ecdea34e6fe | ChenMengMei |
| 124 | wish.com/merchant/5e6dcf9f57af09380f60d2ef | CikanghuilanvD |
| 125 | wish.com/merchant/5f5cc4b241512a05900bc5d5 | denyabaozhu |
| 126 | wish.com/merchant/5fd377168d738276f9201d3b | Emersoncheu |
| 127 | wish.com/merchant/5fcb56ef0790cd370b33bdb2 | FuLiFeng |
| 128 | wish.com/merchant/5fd38732b9238481d0b2c0e4 | gemystica |
| 129 | wish.com/merchant/5fba94072e49c900e766c452 | handis |
| 130 | wish.com/merchant/6007d2a4edcaca1b8207c399 | hexingwu7120 |
| 131 | wish.com/merchant/5f5c87a4002f7c59609f333f | huawenshangmao1 |
| 132 | wish.com/merchant/6040d2b80e0833a48ef66817 | huguiwen |
| 133 | wish.com/merchant/5f9fd0b0b989ca556a852398 | Jieshengfuke |
| 134 | wish.com/merchant/5d5121231527543640aee826 | jiudonglingge |
| 135 | wish.com/merchant/60de46678ffd00760c045709 | KKaufman |
| 136 | wish.com/merchant/5f6073f614143b5080742680 | klvrchwxb |

| | | |
|---|---|---|
| 137 | wish.com/merchant/5fb88a3ba2771c23a7f57019 | lijiachengz |
| 138 | wish.com/merchant/600a77dcb5a7cc611e29b029 | LiuRangQun |
| 139 | wish.com/merchant/56cbcaba9d0e9313725cfca1 | maxsteve |
| 140 | wish.com/merchant/5e9159e346be6a2841dfc9bf | noastotplrev |
| 141 | wish.com/merchant/5d561a6c4160b55828b9b048 | NVJ Ladies'Underwear Shop |
| 142 | wish.com/merchant/5fa2a2480b9bd5ecefce282e | PONGwq |
| 143 | wish.com/merchant/5fd7e0f7c441308a61d2c6f5 | RicScore |
| 144 | wish.com/merchant/5e9fd8dc51f612b28c61e440 | Ruby L Guffey |
| 145 | wish.com/merchant/5f65c037acf52b0048e8441a | sapzojgnd |
| 146 | wish.com/merchant/56dedb3c3a698c67c7903a78 | Tangj Store |
| 147 | wish.com/merchant/604881d25f00196b06f2bf1f | tigers721 |
| 148 | wish.com/merchant/5f8dc9cfeaac351d3ac8519e | unsqueezing |
| 149 | wish.com/merchant/5f5ad843087cc9d816ab419d | wangchunyang88 |
| 150 | wish.com/merchant/56c7408ebc435416f4599133 | wangdongxu |
| 151 | wish.com/merchant/6062c74ae2380b5d21c135ce | wsikdjwfwfk |
| 152 | wish.com/merchant/5e81aaf729e786752aab6583 | xiaochan |
| 153 | wish.com/merchant/5d54f91c40defd41b3ab69ce | XIUHONGYANG75 |
| 154 | wish.com/merchant/6045c17968054154a41d52ae | YUQIUMMEI168 |