**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GENERAL MOTORS LLC,

            Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

            Defendants.

No. 22-cv-04960

Judge John F. Kness

**FINAL JUDGMENT ORDER**

IT IS HEREBY ORDERED THAT judgment is entered in favor of Plaintiff General Motors LLC (hereinafter, the "GM" or "Plaintiff") and against all Defendants identified in the attached Schedule A who have not otherwise been dismissed from this action (collectively, the "Defaulting Defendants");

IT IS FURTHER ORDERED that:

1.      Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

        a.      using certain federally registered trademarks (the "Cadillac Trademarks"), or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff product ("GM Product"), or not authorized by Plaintiff to be sold in connection with the Cadillac Trademarks.  The Cadillac Trademarks pertinent to this Order are listed in the following chart:

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| 1,900,372 | CADILLAC | 009 | Eyeglasses |
| 1,665,834 | CADILLAC | 016 | Pens |
| 1,711,662 | CADILLAC | 016 | Printed materials; namely, manuals, brochures, and catalogs pertaining to the features and controls, operation, maintenance, service and repair, and technical facts and specifications of motor vehicles |
| 1,663,465 | CADILLAC | 021 | Ceramic mugs |
| 1,682,999 | CADILLAC | 024 | Flags and towels |
| 1,782,739 | CADILLAC | 025 | Clothing; namely, hats, shirts, T-shirts, and sweatshirts |
| 1,681,292 | CADILLAC | 027 | Carpeting and carpeting for automobiles |
| 1,700,662 | CADILLAC | 028 | Scale models of automobiles |
| 1,660,237 | CADILLAC | 042 | Automobile and truck dealership services |
| 2,931,761 | CADILLAC | 009 | Optical frames, eyewear lenses, eyewear cases |
| 2,654,530 | CADILLAC | 020 | Clear plastic badge holders, chairs, desk ornaments made of bone, ivory, plaster, plastic, |

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| | | | wax, wood, china, crystal, glass and porcelain, jewelry boxes, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, non-metal money clips, plastic name badges, picture frames, plaques, plastic flags, plastic seat cushions and stools |
| 3,609,853 | CADILLAC | 034 | Cigar and cigarette lighters not for land vehicles |
| 647,241 | CADILLAC | 037 | Maintenance and repair service for automotive vehicles, parts, and accessories |
| 4,309,670 | CADILLAC CUE | 009 | User interfaces for electronic devices sold as an integral part of automobiles |
| 2,568,017 | CADILLAC PALACE | 041 | Entertainment services; namely, rehearsing, producing and |

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| | | | presenting live theatrical productions, ballet, dance and music recitals, live music concerts, motion pictures charitable and entertainment productions, vaudeville and variety shows, fashion and style shows, meetings and other public presentations |
| 6,131,047 | CT4 | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof |
| 6,119,389 | CT5 | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof |
| 5,013,439 | CT6 | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor |

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| | | | and structural parts thereof |
| 2,605,909 | CTS | 012 | Motor land vehicles, namely, automobiles, engines therefor and structural parts thereof |
| 3,261,764 | CTS | 009 | Optical frames, eyewear lenses, eyewear cases |
| 2,931,762 | DEVILLE | 009 | Optical frames, eyewear lenses, eyewear cases |
| 2,931,763 | ESCALADE | 009 | Optical frames, eyewear lenses, eyewear cases |
| 2,269,827 | ESCALADE | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, engines therefor and structural parts thereof |
| 3,520,169 | ESCALADE | 025 | Clothing, namely t-shirts |
| 3,520,185 | ESCALADE | 025 | Clothing, namely, jackets |
| 2,792,883 | ESV | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof |

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| 2,574,563 | EXT | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof |
| 2,830,721 | SRX | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural part thereof |
| 2,631,773 | STS | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, structural parts thereof, and engines therefor |
| 5,018,505 | XT5 | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof |
| 5,864,138 | XT4 | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, and |

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| | | | engines therefor; motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans and structural parts thereof |
| 6,097,037 | XT6 | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, and engines therefor; motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans and structural parts thereof |
| 1,570,808 | *Cadillac* | 012 | Motor vehicles; namely, automobiles, engines therefor, and structural parts thereof |
| 201,694 | *Cadillac* | 012 | Automobiles |
| 1,736,492 | | 016 | Printed materials; namely, manuals, brochures, and catalogs pertaining to the features and controls, operation, maintenance, |

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| | | | service and repair, and technical facts and specifications of motor vehicles |
| 1,768,653 | | 018 | Key fobs, key cases |
| 1,723,245 | | 006 | Keys made of metal for locks |
| 1,686,536 | | 026 | Belt buckles not of precious metal for clothing |
| 1,871,376 | | 025 | Clothing; namely, sweatshirts, knit shirts, sweaters hats T-shirts |
| 1,872,415 | | 014 | Key fobs made of silver; watches, clocks, watchbands, cuff links, tie tack pins, stick pins, and money clips made of brushed gold |
| 2,659,597 | | 020 | Chairs, desk ornaments made of bone, ivory, plaster, plastic, wax, wood, china, cyrstal, glass and porcelain, jewelry |

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| | | | boxes, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, non-metal money clips, plastic name badges, pillows, plastic flags and stools |
| 2,547,867 | | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof |
| 2,609,932 | | 025 | Clothing, namely, aprons, caps, coat, dress shirts, gloves, golf shirts, hats, jackets, neckties, polo shirts, rainwear, robes, scarves, shoes, sleep wear, slippers, sunvisors, sweat pants, sweat shirts, sweaters, t-shirts |

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| 2,654,531 | | 020 | Desk ornaments made of bone, ivory, plaster, plastic, wax, wood, china, crystal, glass and porcelain, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, non-metal money clips, plastic name badges, picture frames, plastic flags, seat cushions and stools |
| 2,750,240 | | 018 | Back packs, billfolds, briefcases, business card cases, carry-on bags, duffel bags, garment bags, luggage, overnight bags, tote bags, umbrellas, wallets |
| 2,779,457 | | 006 | Metal key chains, metal key fobs, metal key rings, metal keys, license plates made of metal, non- |

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| | | | luminous and non-mechanical metal signs, ornamental replicas of vehicles made of metal, non-luminous and non-mechanical parking signs made of metal, non-luminous and non-mechanical street signs made of metal |
| 3,159,729 | | 009 | Optical frames, eyewear lenses |
| 3,900,704 | | 037 | Automotive maintenance and repair |
| 3,900,705 | | 035 | Automobile dealerships |
| 4,622,276 | | 035 | Automobile dealerships |

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| 4,622,277 | | 037 | Maintenance and repair services for motor vehicles |
| 4,642,212 | | 012 | Motor land vehicles and structural parts therefor, namely, automobiles, sport utility vehicles, trucks, vans, and engines therefor |
| 4,728,403 | | 024 | Golf towels, blanket throws, cloth flags |
| 4,827,580 | | 016 | Pens, pencils, notepads, notebooks, books in the field of automobiles, posters, calendars, decals; Printed materials, namely, manuals, brochures, and catalogs pertaining to the features and controls, operation, maintenance, service and repair, and technical facts and specifications of motor vehicles; Money clips made |

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| | | | of metal, non-metal money clips |
| 4,827,581 | | 018 | Backpacks, billfolds, briefcases, business card cases, carry-on bags, messenger bags, duffel bags, garment bags for travel, luggage, overnight bags, tote bags, umbrellas, wallets |
| 4,827,582 | | 025 | Clothing, namely, caps, coats, dress shirts, golf shirts, hats, jackets, polo shirts, sweat shirts, sweaters, t-shirts |
| 4,837,265 | | 021 | Drinking glasses, mugs, travel insulated beverage containers, flasks, portable coolers |
| 2,875,574 | | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof |

b.  passing off, inducing, or enabling others to sell or pass off any product as

Plaintiff's genuine product or any other product produced by Plaintiff, that is not Plaintiff's or not

13

produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under Cadillac Trademarks;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing Cadillac Trademarks and damaging Plaintiff's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the Cadillac Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), Walmart Inc. ("Walmart"), Etsy, Inc. ("Etsy"), and ContextLogic Inc. d/b/a Wish.com ("Wish.com"), (collectively, the "Third Party Providers") shall, within ten (10) business days of receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Cadillac Trademarks.

3. Under 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000).

4.     Plaintiff may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, Walmart, Etsy, and Amazon Pay, by e-mail delivery to the e-mail addresses Plaintiff used to serve the Temporary Restraining Order on the Third Party Providers.

5.     Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

6.     All monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, and Amazon Pay, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

7.     Until GM has recovered full payment of monies owed to it by any Defaulting Defendant, GM shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Amazon Pay, Esty, and DHgate, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified.  Upon receipt of this Order, Third Party Providers, including PayPal,

eBay, Alipay, Alibaba, Ant Financial, and Wish.com, Amazon Pay shall within seven (7) calendar days:

        a.      locate all accounts and funds connected to Defaulting Defendants' Seller Aliases, Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Andrea Ankawi, and any e-mail addresses provided for Defaulting Defendants by Third Party Providers;

        b.      restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

        c.      release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

8.      In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Andrea Ankawi and any e-mail addresses provided for Defaulting Defendants by third parties.

9.      The bond posted by Plaintiff in the amount of $10,000 is hereby ordered released by the Clerk to Plaintiff or Plaintiff's counsel.

**This is a Final Judgment**.

SO ORDERED in No. 22-cv-04960.

Date: February 17, 2023

                                  _____
                                    JOHN F. KNESS
                                    United States District Judge

**General Motors LLC v. 14H-TOYS STORE, et al. - Case No. 22-cv-4960**

**Schedule A**

**Defendant Online Marketplaces**

| No | URL | Name / Seller Alias |
|---|---|---|
| 1 | aliexpress.com/store/1101780513 | 14H-Toys Store |
| 2 | aliexpress.com/store/1101514463 | ALKsticker Store |
| 3 | aliexpress.com/store/1102179394 | Auto Accessories VIP Shop Store |
| 4 | aliexpress.com/store/1101334741 | Car Car Car!!! Store |
| 5 | aliexpress.com/store/1101935814 | C-logo Store |
| 6 | aliexpress.com/store/1100934816 | gaowu car products Store |
| 7 | aliexpress.com/store/1102017119 | HuaHai Car Parts Store Store |
| 8 | aliexpress.com/store/1101954539 | International Auto Parts Factory Store |
| 9 | aliexpress.com/store/1101873878 | oushang Car Accessories Store |
| 10 | aliexpress.com/store/1102044526 | Shop1100344889 Store |
| 11 | aliexpress.com/store/1102056350 | Shop1102059283 Store |
| 12 | aliexpress.com/store/1102078065 | Shop1102080063 Store |
| 13 | aliexpress.com/store/1101280259 | Shop3652069 Store |
| 14 | aliexpress.com/store/1101561033 | Shop911029042 Store |
| 15 | aliexpress.com/store/1101566450 | Shop911052137 Store |
| 16 | aliexpress.com/store/1101571525 | Shop911121003 Store |
| 17 | aliexpress.com/store/1101794172 | Tymondi car decoration Store |
| 18 | aliexpress.com/store/1101969702 | XiangFei Store |
| 19 | amazon.com/sp?seller=A2VKHWF6FM7GEA | 33 Corner |
| 20 | amazon.com/sp?seller=A2YOMPPQ73AKAP | A2YOMPPQ73AKAP |
| 21 | amazon.com/sp?seller=A2Z1NYCS2NBISV | better499- |
| 22 | DISMISSED | DISMISSED |
| 23 | amazon.com/sp?seller=AW3MXU9TCRZUU | chenmei6 |
| 24 | amazon.com/sp?seller=A29ZBFUFKRMDH3 | CQ INTERNATIONAL TRADE COLIMITED |
| 25 | amazon.com/sp?seller=A1F06RJQ454QP9 | dajiashanghang |
| 26 | amazon.com/sp?seller=A1QEM487XEOHSV | danabaihuodian |
| 27 | amazon.com/sp?seller=A1YE1RU50QW17H | DEFTEN |
| 28 | amazon.com/sp?seller=A2QZ9907OU81RY | DEXCVFDDS |
| 29 | amazon.com/sp?seller=A342ZVP3885JCL | dsavcxvfdwqruytnmh |
| 30 | amazon.com/sp?seller=AN2GEDK7I237U | dsbfdgtryuikilo |
| 31 | amazon.com/sp?seller=A1BY6371J5J2TH | erzhuoshangmao |
| 32 | amazon.com/sp?seller=A344FDZ1GO4AJ9 | etgbgffdsweqjumuy |
| 33 | DISMISSED | DIMISSED |
| 34 | amazon.com/sp?seller=A1BZ2BYPDD6QZO | GBERNSLKDSIQUANJ |
| 35 | amazon.com/sp?seller=A22QY0CGI5L921 | GFBLCS |

| | | |
|---|---|---|
| 36 | amazon.com/sp?seller=A2QZE0ZUCFH841 | Hefeishiqungongshangmaoyouxiangongsi |
| 37 | amazon.com/sp?seller=A3KAG6BTP8XAIF | HEY KAULOR Business Direct |
| 38 | amazon.com/sp?seller=ATHCMFEBZIR40 | Honhan Industry Ltd |
| 39 | amazon.com/sp?seller=A3PWSDZTN8M2R4 | Interesting car |
| 40 | amazon.com/sp?seller=A26W8G0AFDNB2X | iuhjnkjdsavcxgtbg |
| 41 | amazon.com/sp?seller=A12FWE1M0FHFTX | JAMASBANGLincoln |
| 42 | amazon.com/sp?seller=A2JE8KQH4A0DLO | Jazzshion |
| 43 | amazon.com/sp?seller=A2Q95Q4D3GYAMU | jingjingqipeiaipujia |
| 44 | amazon.com/sp?seller=AWYZ76K0NI0DS | kaichenwangluo |
| 45 | amazon.com/sp?seller=AM2GYYVJYKHG3 | KSOM-US |
| 46 | amazon.com/sp?seller=A2F9D1MPUAZXR8 | Lee da niu |
| 47 | amazon.com/sp?seller=AVZP49ZIAOWLU | leihonMA7K2gbo |
| 48 | amazon.com/sp?seller=A1QJ3OI3BY8YWN | LianTuo123 |
| 49 | amazon.com/sp?seller=AST2EQZCT94XG | lijunchong |
| 50 | amazon.com/sp?seller=A1DYSUVM0PYE9E | Linkso |
| 51 | amazon.com/sp?seller=AX2XKSTCYFLNR | LK EARRINGS |
| 52 | DISMISSED [33] | DISMISSED [33] |
| 53 | amazon.com/sp?seller=A2JOK08OEA6JY9 | LXDW |
| 54 | DISMISSED [33] | DISMISSED [33] |
| 55 | amazon.com/sp?seller=AZ9TIYIRXNLFW | Magic Planet Company |
| 56 | amazon.com/sp?seller=A18S07E9WDMKZL | Mayash-US |
| 57 | amazon.com/sp?seller=A35CWJNABIXAME | MeiXiaShangDian |
| 58 | amazon.com/sp?seller=AYAXEHQMUK1AR | miaomiao520 |
| 59 | amazon.com/sp?seller=A3GWD7VFO9KHH | mo chun |
| 60 | amazon.com/sp?seller=AC9ES8NQLZUCN | MOVESHIHUA |
| 61 | amazon.com/sp?seller=A397V96BZXSOTZ | Moving up auto |
| 62 | amazon.com/sp?seller=AAD4CCWOXNTXF | Moxhui |
| 63 | amazon.com/sp?seller=A2I08R609IUQWI | OUYANGGEGE |
| 64 | amazon.com/sp?seller=A1B0VULLAE9OJM | Rosalien |
| 65 | amazon.com/sp?seller=A9N7R285X6CA9 | SADWJUYXCSDW |
| 66 | amazon.com/sp?seller=A1143KDPYG5S2W | Shudong |
| 67 | amazon.com/sp?seller=AGG0GXT0ZDL6Q | SILANKA |
| 68 | DISMISSED | DISMISSED |
| 69 | amazon.com/sp?seller=AS4GOSSTSNTZO | slipper Top |
| 70 | amazon.com/sp?seller=AS8WKHBIAG7L2 | Sunglasses Holder Retail Stores |
| 71 | amazon.com/sp?seller=A36HLBY6J5WWIF | TANGUST |
| 72 | amazon.com/sp?seller=A2LI8C2LK5BY4F | tianyund |
| 73 | amazon.com/sp?seller=A35U92TK7W61GB | TOOL-TS |
| 74 | amazon.com/sp?seller=A1N9LNSZHR80QX | US-Yu |
| 75 | DISMISSED | DISMISSED |
| 76 | amazon.com/sp?seller=A3ABLSML5WHBXV | wanningchenhaidianzikejiyouxiangongsi |
| 77 | DISMISSED [33] | DISMISSED [33] |
| 78 | amazon.com/sp?seller=A3LK1YHSV4LKDE | wujiajuankjgkhh |
| 79 | amazon.com/sp?seller=A1CDBV7BJRE72S | XIAOLISTORE2021 |
| 80 | amazon.com/sp?seller=A3EDGUTBD63BV5 | XM Danlin |

| 81 | amazon.com/sp?seller=A1VIYCGSZ35Y7D | yangxi778 |
|-----|-------------------------------------|-----------|
| 82 | amazon.com/sp?seller=A3MVYRG808H32O | YaoyinCanteen |
| 83 | amazon.com/sp?seller=A2E8QTJD63GVYA | YONGCHENG BAIHUO |
| 84 | amazon.com/sp?seller=ANMAAT4YBJ2XW | YRYC |
| 85 | amazon.com/sp?seller=AN383GJPL79W9 | yuejunyantaikejizixunyouxiangongsi |
| 86 | amazon.com/sp?seller=A1158S9V38FQCO | YWSMB |
| 87 | amazon.com/sp?seller=AJ4X5CZI7BFRJ | ZerHuy |
| 88 | amazon.com/sp?seller=A2TDZB71931ORJ | ZHAIZHIFU |
| 89 | amazon.com/sp?seller=A2BQGEA8QJBC1U | zhanglinadsa |
| 90 | amazon.com/sp?seller=A2F62SF9JBQR1I | zhaoyinstore |
| 91 | ebay.com/usr/aa-autolights | aa-autolights |
| 92 | ebay.com/usr/aqj-autolights | aqj-autolights |
| 93 | ebay.com/usr/autoparts-113 | autoparts-113 |
| 94 | ebay.com/usr/bozhoulaicong | bozhoulaicong |
| 95 | ebay.com/usr/btj-6580 | btj-6580 |
| 96 | ebay.com/usr/car-stuff-lights | car-stuff-lights |
| 97 | ebay.com/usr/cuo_77 | cuo_77 |
| 98 | ebay.com/usr/dengfe-41 | dengfe-41 |
| 99 | ebay.com/usr/destiny-lights | destiny-lights |
| 100 | ebay.com/usr/e-bay-autoparts | e-bay-autoparts |
| 101 | ebay.com/usr/e-bay-light | e-bay-light |
| 102 | ebay.com/usr/fku-gbc | fku-gbc |
| 103 | ebay.com/usr/hefeikd | hefeikd |
| 104 | ebay.com/usr/hefeininhuanhulianw_0 | hefeininhuanhulianw_0 |
| 105 | ebay.com/usr/hefeinuaohulianwan_0 | hefeinuaohulianwan_0 |
| 106 | ebay.com/usr/hui-258-6 | hui-258-6 |
| 107 | ebay.com/usr/jiao55-34 | jiao55-34 |
| 108 | ebay.com/usr/jj-autolights | jj-autolights |
| 109 | ebay.com/usr/kunmingpenglipingwan_0 | kunmingpenglipingwan_0 |
| 110 | ebay.com/usr/leiyaoxin | leiyaoxin |
| 111 | ebay.com/usr/lights-2022 | lights-2022 |
| 112 | ebay.com/usr/shunyou03 | shunyou03 |
| 113 | ebay.com/usr/sqautoparts | sqautoparts |
| 114 | ebay.com/usr/vomnsauk.ks | vomnsauk.ks |
| 115 | ebay.com/usr/vw-emblem | vw-emblem |
| 116 | ebay.com/usr/wuzongshangmao | wuzongshangmao |
| 117 | ebay.com/usr/xuxing | xuxing |
| 118 | wish.com/merchant/5e37a5ad0f13ee1000bdbfcb | Ah2478342 |
| 119 | wish.com/merchant/5e9aea137000cb8d32b5e395 | AJG Garcia |
| 120 | wish.com/merchant/5d4e6ded933fb16bb3b6a0e2 | Beautiful Beauty Beauty Style |
| 121 | wish.com/merchant/5f9b59a1c934d7112cf2766e | Brocylon |
| 122 | wish.com/merchant/5de36dd529e7864683ddb444 | btybrdt |
| 123 | wish.com/merchant/603a05de458e6ecdea34e6fe | ChenMengMei |
| 124 | wish.com/merchant/5e6dcf9f57af09380f60d2ef | CikanghuilanvD |
| 125 | wish.com/merchant/5f5cc4b241512a05900bc5d5 | denyabaozhu |

| 126 | wish.com/merchant/5fd377168d738276f9201d3b | Emersoncheu |
| 127 | wish.com/merchant/5fcb56ef0790cd370b33bdb2 | FuLiFeng |
| 128 | wish.com/merchant/5fd38732b9238481d0b2c0e4 | gemystica |
| 129 | wish.com/merchant/5fba94072e49c900e766c452 | handis |
| 130 | wish.com/merchant/6007d2a4edcaca1b8207c399 | hexingwu7120 |
| 131 | wish.com/merchant/5f5c87a4002f7c59609f333f | huawenshangmao1 |
| 132 | wish.com/merchant/6040d2b80e0833a48ef66817 | huguiwen |
| 133 | wish.com/merchant/5f9fd0b0b989ca556a852398 | Jieshengfuke |
| 134 | wish.com/merchant/5d5121231527543640aee826 | jiudonglingge |
| 135 | wish.com/merchant/60de46678ffd00760c045709 | KKaufman |
| 136 | wish.com/merchant/5f6073f614143b5080742680 | klvrchwxb |
| 137 | wish.com/merchant/5fb88a3ba2771c23a7f57019 | lijiachengz |
| 138 | wish.com/merchant/600a77dcb5a7cc611e29b029 | LiuRangQun |
| 139 | wish.com/merchant/56cbcaba9d0e9313725cfca1 | maxsteve |
| 140 | wish.com/merchant/5e9159e346be6a2841dfc9bf | noastotplrev |
| 141 | wish.com/merchant/5d561a6c4160b55828b9b048 | NVJ Ladies'Underwear Shop |
| 142 | wish.com/merchant/5fa2a2480b9bd5ecefce282e | PONGwq |
| 143 | wish.com/merchant/5fd7e0f7c441308a61d2c6f5 | RicScore |
| 144 | wish.com/merchant/5e9fd8dc51f612b28c61e440 | Ruby L Guffey |
| 145 | wish.com/merchant/5f65c037acf52b0048e8441a | sapzojgnd |
| 146 | wish.com/merchant/56dedb3c3a698c67c7903a78 | Tangj Store |
| 147 | wish.com/merchant/604881d25f00196b06f2bf1f | tigers721 |
| 148 | wish.com/merchant/5f8dc9cfeaac351d3ac8519e | unsqueezing |
| 149 | wish.com/merchant/5f5ad843087cc9d816ab419d | wangchunyang88 |
| 150 | wish.com/merchant/56c7408ebc435416f4599133 | wangdongxu |
| 151 | wish.com/merchant/6062c74ae2380b5d21c135ce | wsikdjwfwfk |
| 152 | wish.com/merchant/5e81aaf729e786752aab6583 | xiaochan |
| 153 | wish.com/merchant/5d54f91c40defd41b3ab69ce | XIUHONGYANG75 |
| 154 | wish.com/merchant/6045c17968054154a41d52ae | YUQIUMMEI168 |